Civil Records

**LOUIS J. PERRET**
**Clerk of Court, Lafayette Parish**
**P. O. BOX 2009**
**LAFAYETTE, LA  70502**
**Telephone: (337) 291-6303   Fax: (337) 291-6392**

STATE OF LOUISIANA                          **OFFICE OF THE CLERK OF COURT**
PARISH OF LAFAYETTE                         **15TH JUDICIAL DISTRICT COURT**

I, Deborah Duplechin, Deputy Clerk of Court, in and for the Parish of Lafayette, State of Louisiana, do

hereby certify that the attached documents are true and correct copies from the civil suit entitled:

**LAFAYETTE BALLET THEATRE**

**VS**                                      **DOCKET NUMBER: C-20191060 A**

**AMERICAN HARLEQUIN CORP, ET AL**

Consisting of 25 pages, filings from FEBRUARY 15, 2019 thru APRIL 3, 2019 the original of which

documents are on file in the Lafayette Parish Clerk of Court Office.

Lafayette, Louisiana, this APRIL 4, 2019.

_____
Deborah Duplechin, Deputy Clerk of Court
Lafayette Parish

EXHIBIT
**7**



New Suit
MB

# BANKSTON & ASSOCIATES
A LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW



2019 1060 A

DIV. "A"

Larry S. Bankston
larry@bblawyers.net

Jenna H. Linn-Rice
jlinn@bblawyers.net

February 15, 2019

Via Facsimile & US Mail
(337) 291-6480

Clerk of Court
15th JDC, Lafayette Parish
P.O. Box 2009
Lafayette, LA 70502

ATTN: CIVIL DEPT.

RE: Lafayette Ballet Theatre vs American Harlequin Corporation

Dear Sir/Madam:

Enclosed please find an original and four (4) copies of a Petition for Damages.  Please file the same and return a stamped copy our office in the enclosed self-addressed, stamped envelope.

If you should have any questions or comments, please do not hesitate to contact our office.

Sincerely,

BANKSTON & ASSOCIATES, LLC

By: Jenna H. Linn-Rice

JHLR/sms
Enclosure: petition/envelope
cc:      Client (via e-mail only)

*FAX*

8708 Jefferson Highway, Suite A • Baton Rouge, LA 70809
Telephone (225) 766-3800 • Facsimile (225) 766-7800
www.bankstonlaw.net

CLERK OF COURT
LAFAYETTE PARISH, LA.
2019 FEB 15  PM 1: 09

|  |  |  |
|---|---|---|
| LAFAYETTE BALLET THEATRE | * | NUMBER: 20191060A   DIV: "____" |
| VERSUS | * | 15th JUDICIAL DISTRICT COURT |
| AMERICAN HARLEQUIN CORPORATION, HARTFORD ACCIDENT & INDEMNITY COMPANY, HARTFORD CASUALTY INSURANCE COMPANY | * | PARISH OF LAFAYETTE |
|  | * | STATE OF LOUISIANA |

54306451

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Petitioner, Lafayette Ballet Theatre (hereinafter referred to as "Petitioner", "Plaintiff" or "LBT"), a nonprofit Louisiana corporation, domiciled in Lafayette Parish, Louisiana, who respectfully represents as follows:

1.

Defendants herein are:



a. **AMERICAN HARLEQUIN CORPORATION,** a foreign corporation authorized to do and doing business in the state of Louisiana and Parish of Lafayette;

b. **HARTFORD ACCIDENT & INDEMNITY COMPANY,** a foreign insurer, authorized to do and doing business in the state of Louisiana; and

c. **HARTFORD CASUALTY INSURANCE COMPANY,** a foreign insurer, authorized to do and doing business in the state of Louisiana.

2.

In July, 2017, Plaintiff contracted American Harlequin Corporation ("Harlequin") to furnish and install a Liberty Sprung Panel System with Studio (NYC Ballet Gray-STU406) as performance surface (the "flooring system").

3.

The flooring system was installed in Plaintiff's dance studio by Harlequin, and/or its agents, in Lafayette on or about September 30, 2017 through October 2, 2017.

4.

The total costs for the flooring was $79,098.97; Plaintiff paid Harlequin said amount in full.

5.

Harlequin knew the particular use that the Plaintiff intended for the flooring system and/or the Plaintiff's particular purpose for having Harlequin install the flooring system.

6.

Plaintiff relied on Harlequin's skill and/or judgment in selecting and installing the flooring system.

7.

The flooring system has failed to reasonably perform as Harlequin represented that it would. In particular, there are ripples in the vinyl top layer of the flooring.

8.

Plaintiff contends, when delivered, the flooring system was defective in materials and workmanship, with such defects being discovered within the warranty periods.

9.

Plaintiff allowed Harlequin numerous opportunities to correct the problems with the flooring system. Harlequin has attempted to remedy the problems but its efforts have been to no avail.

10.

The defects in the flooring system have substantially impaired its use, value and safety.

11.

As a result of the sale of the flooring system by Harlequin to Plaintiff, an implied warranty of merchantability arose in the transaction which included a guarantee that the flooring system was fit for the ordinary purposes for which such flooring system is purchased.

12.

Harlequin has breached such implied warranty.

13.

Further, pursuant to the contract entered into between Harlequin and Plaintiff, Harlequin warranted that the liberty panels sprung flooring would be free of any defects in material or workmanship for a period of two years and that the cascade vinyl would be free from any defects in material of workmanship for five years.

14.

Harlequin has breached such express warranties.

VIOLATIONS OF THE LOUISIANA REDHIBITION LAWS

15.

Plaintiff re-alleges and incorporates by reference herein each and every allegation set forth in the preceding paragraphs.

2

16.

The defects described in the flooring system meet the definition of a redhibitory defect as defined in La. Civil Code Articles 2520, et seq.

17.

Plaintiff has provided Harlequin sufficient opportunity to repair the defective flooring system.

18.

Plaintiff has performed each and every duty required of it under Louisiana Redhibition Laws.

19.

The hidden defects in the flooring system existed at the time of sale, but were not discovered until on or about February 17, 2018. The flooring system is not usable for its intended purpose and neither Plaintiff nor a reasonable prudent buyer would have purchased the flooring system had they known of the defects prior to the sale.

20.

Plaintiff is entitled to a rescission of the sale, return of the purchase price, plus all collateral costs of the sale and out of pocket expenses.

21.

Under Louisiana Redhibition laws, Plaintiff is entitled to recover a sum equal to the amount of costs and expenses, including attorney's fees.

VIOLATIONS OF LOUISIANA CONTRACTORS' LAWS

22.

Plaintiff re-alleges and incorporates by reference herein each and every allegation set forth in the preceding paragraphs.

23.

Further, pursuant to 46 La. Admin. Code Pt XXIX, 119, "Any person, company or entity who undertakes, attempts to, or submits a price or bid or offer to perform work in construction management or program management whose scope of authority and responsibility includes supervision, oversight, direction, or in any manner assuming charge of the construction services provided to an owner by a contractor or contractors in excess of $50,000 must possess a license from this board [State Licensing Board for Contractors]  in the major classification of building

3

construction or heavy construction or highway, street, and bridge construction or municipal and public works construction."

24.

At no time during the installation of the subject flooring system did Harlequin, or its subcontractor, possess a Louisiana contractor's license.

25.

Pursuant to La. Stat. Ann. § 37:2160, "It shall be unlawful for any person to engage or continue in this state in business of contracting, as defined in this Chapter, without having qualified as a contractor under the provisions of this Chapter."

26.

As a result of Harlequin's failure to obtain a contractor's license in the state of Louisiana, the subject contract between Plaintiff and Harlequin is void. *Alonzo v. Chifici*, 526 So. 2d 237, (La. Ct. App.), *writ denied*, 527 So. 2d 307 (La. 1988).

27.

Accordingly, Plaintiff has been damaged due to harlequin's actions and/or inactions and is entitled to the return of all funds paid under the subject contract with Harlequin.

28.

At all relevant time herein, it is believed that Defendant, Hartford Accident & Indemnity Company provided a policy of commercial general liability insurance to Harlequin, which provides coverage for the claims hererin.

29.

At all relevant time herein, it is believed that Defendant, Hartford Casualty Insurance Company provided a policy of umbrella liability insurance to Harlequin, which provides coverage for the claims hererin.

WHEREFORE, Plaintiff prays for judgment against Defendants, American Harlequin Corporation, Hartford Accident & Indemnity Company, and Hartford Casualty Insurance Company, as follows:

    a. General, special and actual damages to be proven at trial;

    b. Return of the purchase price of the subject flooring system, repair costs, and damages;

    c. Prejudgment and post judgment interest;

4

d.   Attorneys fees;

e.   Costs of suit, expert fees, and litigation expenses; and

f.   All other just and equitable relief.

Respectfully submitted:

**Bankston & Associates, L.L.C.**
8708 Jefferson Hwy, Suite A
Baton Rouge, Louisiana 70809
Telephone: (225) 766-3800
Facsimile: (225) 766-7800

Larry S. Bankston, Bar Roll No. 02744
Jenna H. Linn, Bar Roll No. 33246

PLEASE SERVE:

American Harlequin Corporation
Through its registered agent:
Anderson Registered Agents, Inc.
3014 Dauphine Street
Suite 100-B
New Orleans, LA 70117

Hartford Accident & Indemnity Company
Through its agent:
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

Hartford Casualty Insurance Company
Through its agent:
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

FAX FILED THIS 15

DAY OF _____ ,20 19

Deputy Clerk of Court

5

Recording File # 2019-00004541


54306493

## STATE OF LOUISIANA
## FIFTEENTH JUDICIAL DISTRICT COURT
## ACADIA, LAFAYETTE AND VERMILION PARISHES

### CLOSURE ORDER FOR LAFAYETTE PARISH COURTHOUSE
### THURSDAY, FEBRUARY 14, 2019

Considering the apparent failure of the plumbing system in between the second and third floors of the Lafayette Parish Courthouse, and considering the substantial water leakage resulting therefrom, all of which has caused a complete courthouse-computer-system shut down, thereby making it impossible for the employees of the Fifteenth Judicial District Court and the Lafayette Parish Clerk of Court to continue in the performance of their official duties and for the general public to conduct business at the Lafayette Parish Courthouse,

**IT IS HEREBY ORDERED** that the Lafayette Parish Courthouse shall be closed for the afternoon of Thursday, February 14, 2019, beginning at 2:30 p.m. and lasting for the remainder of the day, with the Courthouse to reopen as usual on Friday, February 15, 2019, unless further orders are issued with respect thereto.

SIGNED IN CHAMBERS at Lafayette, Louisiana, this 14th day of February, 2019.



CHARLES G. FITZGERALD
CHIEF DISTRICT JUDGE

Lafayette Parish Cle
Filed This c
FEB 1 4 2019
Deputy Clerk of Co

FILED THIS 14th
DAY OF February , 2019
Deputy Clerk of Court



# BANKSTON & ASSOCIATES
## A LIMITED LIABILITY COMPANY
## ATTORNEYS AT LAW


54299581

Larry S. Bankston
larry@bblawyers.net

Jenna H. Linn-Rice
jlinn@bblawyers.net

February 15, 2019

*New Suit* MB

2019 FEB 21   PM 1:55
CLERK OF COURT
LAFAYETTE PARISH, LA.

Via Facsimile & US Mail
(337) 291-6480

2019106OA

Clerk of Court
15th JDC, Lafayette Parish
P.O. Box 2009
Lafayette, LA 70502

ATTN: CIVIL DEPT.

    RE: Lafayette Ballet Theatre vs American Harlequin Corporation

Dear Sir/Madam:

    Enclosed please find an original and four (4) copies of a Petition for Damages.  Please file the same and return a stamped copy our office in the enclosed self-addressed, stamped envelope.

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.15

    If you should have any questions or comments, please do not hesitate to contact our office.

        Sincerely,

        BANKSTON & ASSOCIATES, LLC

        By: Jenna Linn-Rice
        Jenna H. Linn-Rice

JHLR/sms
Enclosure: petition/envelope
cc:    Client (via e-mail only)

8708 Jefferson Highway, Suite A • Baton Rouge, LA 70809
Telephone (225) 766-3800 • Facsimile (225) 766-7800
www.bankstonlaw.net

54299623

| | | |
|---|---|---|
| LAFAYETTE BALLET THEATRE | * | NUMBER: 2019 1060   DIV: "_A_" |
| | * | |
| VERSUS | * | 15th JUDICIAL DISTRICT COURT |
| | * | |
| AMERICAN HARLEQUIN | * | PARISH OF LAFAYETTE |
| CORPORATION, HARTFORD | * | |
| ACCIDENT & INDEMNITY | * | STATE OF LOUISIANA |
| COMPANY, HARTFORD CASUALTY | * | |
| INSURANCE COMPANY | * | |

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Petitioner, Lafayette Ballet

Theatre (hereinafter referred to as "Petitioner", "Plaintiff" or "LBT"), a nonprofit Louisiana

corporation, domiciled in Lafayette Parish, Louisiana, who respectfully represents as follows:

1.

Defendants herein are:

a. **AMERICAN HARLEQUIN CORPORATION,** a foreign corporation authorized to do
   and doing business in the state of Louisiana and Parish of Lafayette;

b. **HARTFORD ACCIDENT & INDEMNITY COMPANY,** a foreign insurer, authorized
   to do and doing business in the state of Louisiana; and

c. **HARTFORD CASUALTY INSURANCE COMPANY,** a foreign insurer, authorized to
   do and doing business in the state of Louisiana.

2.

In July, 2017, Plaintiff contracted American Harlequin Corporation ("Harlequin") to

furnish and install a Liberty Sprung Panel System with Studio (NYC Ballet Gray-STU406) as

performance surface (the "flooring system").

3.

The flooring system was installed in Plaintiff's dance studio by Harlequin, and/or its

agents, in Lafayette on or about September 30, 2017 through October 2, 2017.

4.

The total costs for the flooring was $79,098.97; Plaintiff paid Harlequin said amount in

full.

5.

Harlequin knew the particular use that the Plaintiff intended for the flooring system and/or

the Plaintiff's particular purpose for having Harlequin install the flooring system.

6.

Plaintiff relied on Harlequin's skill and/or judgment in selecting and installing the flooring

system.

7.

The flooring system has failed to reasonably perform as Harlequin represented that it would. In particular, there are ripples in the vinyl top layer of the flooring.

8.

Plaintiff contends, when delivered, the flooring system was defective in materials and workmanship, with such defects being discovered within the warranty periods.

9.

Plaintiff allowed Harlequin numerous opportunities to correct the problems with the flooring system. Harlequin has attempted to remedy the problems but its efforts have been to no avail.

10.

The defects in the flooring system have substantially impaired its use, value and safety.

11.

As a result of the sale of the flooring system by Harlequin to Plaintiff, an implied warranty of merchantability arose in the transaction which included a guarantee that the flooring system was fit for the ordinary purposes for which such flooring system is purchased.

12.

Harlequin has breached such implied warranty.

13.

Further, pursuant to the contract entered into between Harlequin and Plaintiff, Harlequin warranted that the liberty panels sprung flooring would be free of any defects in material or workmanship for a period of two years and that the cascade vinyl would be free from any defects in material of workmanship for five years.

14.

Harlequin has breached such express warranties.

VIOLATIONS OF THE LOUISIANA REDHIBITION LAWS

15.

Plaintiff re-alleges and incorporates by reference herein each and every allegation set forth in the preceding paragraphs.

16.

The defects described in the flooring system meet the definition of a redhibitory defect as defined in La. Civil Code Articles 2520, et seq.

17.

Plaintiff has provided Harlequin sufficient opportunity to repair the defective flooring system.

18.

Plaintiff has performed each and every duty required of it under Louisiana Redhibition Laws.

19.

The hidden defects in the flooring system existed at the time of sale, but were not discovered until on or about February 17, 2018. The flooring system is not usable for its intended purpose and neither Plaintiff nor a reasonable prudent buyer would have purchased the flooring system had they known of the defects prior to the sale.

20.

Plaintiff is entitled to a rescission of the sale, return of the purchase price, plus all collateral costs of the sale and out of pocket expenses.

21.

Under Louisiana Redhibition laws, Plaintiff is entitled to recover a sum equal to the amount of costs and expenses, including attorney's fees.

VIOLATIONS OF LOUISIANA CONTRACTORS' LAWS

22.

Plaintiff re-alleges and incorporates by reference herein each and every allegation set forth in the preceding paragraphs.

23.

Further, pursuant to 46 La. Admin. Code Pt XXIX, 119, "Any person, company or entity who undertakes, attempts to, or submits a price or bid or offer to perform work in construction management or program management whose scope of authority and responsibility includes supervision, oversight, direction, or in any manner assuming charge of the construction services provided to an owner by a contractor or contractors in excess of $50,000 must possess a license from this board [State Licensing Board for Contractors]  in the major classification of building

3

construction or heavy construction or highway, street, and bridge construction or municipal and public works construction."

24.

At no time during the installation of the subject flooring system did Harlequin, or its subcontractor, possess a Louisiana contractor's license.

25.

Pursuant to La. Stat. Ann. § 37:2160, "It shall be unlawful for any person to engage or continue in this state in business of contracting, as defined in this Chapter, without having qualified as a contractor under the provisions of this Chapter."

26.

As a result of Harlequin's failure to obtain a contractor's license in the state of Louisiana, the subject contract between Plaintiff and Harlequin is void. *Alonzo v. Chifici*, 526 So. 2d 237, (La. Ct. App.), *writ denied*, 527 So. 2d 307 (La. 1988).

27.

Accordingly, Plaintiff has been damaged due to harlequin's actions and/or inactions and is entitled to the return of all funds paid under the subject contract with Harlequin.

28.

At all relevant time herein, it is believed that Defendant, Hartford Accident & Indemnity Company provided a policy of commercial general liability insurance to Harlequin, which provides coverage for the claims hererin.

29.

At all relevant time herein, it is believed that Defendant, Hartford Casualty Insurance Company provided a policy of umbrella liability insurance to Harlequin, which provides coverage for the claims hererin.

WHEREFORE, Plaintiff prays for judgment against Defendants, American Harlequin Corporation, Hartford Accident & Indemnity Company, and Hartford Casualty Insurance Company, as follows:

    a.   General, special and actual damages to be proven at trial;

    b.   Return of the purchase price of the subject flooring system, repair costs, and damages;

    c.   Prejudgment and post judgment interest;

4

d.  Attorneys fees;

e.  Costs of suit, expert fees, and litigation expenses; and

f.  All other just and equitable relief.

Respectfully submitted:

**Bankston & Associates, L.L.C.**
8708 Jefferson Hwy, Suite A
Baton Rouge, Louisiana 70809
Telephone: (225) 766-3800
Facsimile: (225) 766-7800

Larry S. Bankston, Bar Roll No. 02744
Jenna H. Linn, Bar Roll No. 33246

PLEASE SERVE:

American Harlequin Corporation
Through its registered agent:
Anderson Registered Agents, Inc.
3014 Dauphine Street
Suite 100-B
New Orleans, LA 70117

Hartford Accident & Indemnity Company
Through its agent:
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

Hartford Casualty Insurance Company
Through its agent:
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

FILED THIS ___
DAY OF _____ ,20 ___
_____
Deputy Clerk of Court

5

LAFPC.CV.54367206
cc_ssrandal

LOUIS J. PERRET
Clerk of Court, Lafayette Parish
P. O. BOX 2009
LAFAYETTE, LA  70502
Telephone:  (337) 291-6400

FEBRUARY 19, 2019

## FACSIMILE TRANSMISSION RECEIPT

RE:      LAFAYETTE BALLET THEATRE
         VS
         AMERICAN HARLEQUIN CORP, ET AL
         DOCKET NUMBER: C-20191060 A

DATE FASCIMILE RECEIVED:      FEBRUARY 15, 2019
DESCRIPTION OF PLEADING:      PETITION FOR DAMAGES
FILED ON BEHALF OF:           LAFAYETTE BALLET THEATRE
ATTORNEY:                     JENNA LINN-RICE
RECEIPT FAXED TO NUMBER:      (225)766-7800

This is to acknowledge that the above described facsimile transmission was received and filed on the date shown above.  In accordance with R.S. 13:850(B), the original must be received by our office within seven (7) days (exclusive of legal holidays) from the date the facsimile was received, along with a filing fee of $664.00 which includes a transmission fee of $5.00.  **Please note that this amount does not reflect any money that you may have on deposit in this matter.  It is strictly the amount that is needed to file the above faxed pleading.**

**THE ABOVE DOES NOT APPLY IF YOU ARE PAUPER OR PUBLIC BODY**

IF YOU HAVE ANY QUESTIONS REGARDING COURT COST IN THIS MATTER, PLEASE CONTACT THE COST DEPARTMENT AT (337) 291-6314.

The Lafayette Parish Clerk of Court's office will not process from a facsimile filing.  We will process from original documents only.

Receipt Acknowledged,

_____
Deputy Clerk of Court
Lafayette Parish

```
                              * * Transit Confirmation Report * *
        P1                                                    Feb 19 2019 02:30pm

Sender:GUEST
TTI1:                    TTI Number:

Destination      Type    Mode    Start Time    Time   Page Note        Result   Details
912257667800     FAX     Fine    02/19 02:30pm 00'24"  1               # O K
```



LAFPC.CV.54367206
cc_ssrandal

**LOUIS J. PERRET**
Clerk of Court, Lafayette Parish
P. O. BOX 2009
LAFAYETTE, LA  70502
Telephone:  (337) 291-6400



**FEBRUARY 19, 2019**

## FACSIMILE TRANSMISSION RECEIPT

RE:   LAFAYETTE BALLET THEATRE
      VS
      AMERICAN HARLEQUIN CORP, ET AL
      DOCKET NUMBER: C-20191060 A

DATE FASCIMILE RECEIVED:   FEBRUARY 15, 2019
DESCRIPTION OF PLEADING:   PETITION FOR DAMAGES
FILED ON BEHALF OF:        LAFAYETTE BALLET THEATRE
ATTORNEY:                  JENNA LINN-RICE
RECEIPT FAXED TO NUMBER:   (225)766-7800

    This is to acknowledge that the above described facsimile transmission was received and filed on the date shown above.  In accordance with R.S. 13:850(B), the original must be received by our office within seven (7) days (exclusive of legal holidays) from the date the facsimile was received, along with a filing fee of $664.00 which includes a transmission fee of $5.00.  **Please note that this amount does not reflect any money that you may have on deposit in this matter.  It is strictly the amount that is needed to file the above faxed pleading.**

    **THE ABOVE DOES NOT APPLY IF YOU ARE PAUPER OR PUBLIC BODY**

    IF YOU HAVE ANY QUESTIONS REGARDING COURT COST IN THIS MATTER, PLEASE CONTACT THE COST DEPARTMENT AT (337) 291-6314.

    The Lafayette Parish Clerk of Court's office will not process from a facsimile filing.  We will process from original documents only.

Receipt Acknowledged,

_____
Deputy Clerk of Court
Lafayette Parish

LAFPC.CV.54488267
cc_telilly

Ordered by Atty.:  JENNA H. LINN

# CITATION

LAFAYETTE BALLET THEATRE

VS

AMERICAN HARLEQUIN CORP, ET AL

FIFTEENTH JUDICIAL DISTRICT COURT

DOCKET NUMBER: C-20191060 A

PARISH OF LAFAYETTE, LOUISIANA

STATE OF LOUISIANA

TO:   AMERICAN HARLEQUIN CORPORATION
      THROUGH ITS REGISTERED AGENT:
      ANDERSON REGISTERED AGENTS, INC.
      3014 DAUPHINE STREET, SUITE 100-B
      NEW ORLEANS, LA 70117

of the Parish of Orleans

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits).  You should file an answer or other pleading to said petition in the office of the Clerk of the FIFTEENTH JUDICIAL DISTRICT COURT, in the Lafayette Parish Courthouse, Lafayette, Louisiana, within fifteen (15) days after the service hereof.  Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

Witness the Honorable Judges of said Court, this February 22, 2019.

_____
Deputy Clerk of Court
Lafayette Parish

*Attached are the following documents:

ORIGINAL AND FAX FILED PETITION FOR DAMAGES

SHERIFF'S RETURN
LAFAYETTE PARISH SHERIFF

DATE SERVED: _____, 20_____ TIME: _____
SERVED: _____
PERSONAL ( ) _____
DOMICILIARY ( ) ON _____
UNABLE TO LOCATE        MOVED ( )        NO SUCH ADDRESS ( )
OTHER REASON: _____
RECEIVED TOO LATE FOR SERVICE  (  )
SERVICE OF WITHIN PAPERS
COSTS FEE $_____    MILEAGE $_____   TOTAL $_____
DEPUTY _____

LAFPC.CV.54488275
cc_telilly

Ordered by Atty.: JENNA H. LINN

# CITATION

| | |
|---|---|
| LAFAYETTE BALLET THEATRE | FIFTEENTH JUDICIAL DISTRICT COURT |
| VS | DOCKET NUMBER: C-20191060 A |
| AMERICAN HARLEQUIN CORP, ET AL | PARISH OF LAFAYETTE, LOUISIANA |

STATE OF LOUISIANA

TO:   HARTFORD ACCIDENT & INDEMNITY COMPANY
      THROUGH ITS AGENT:
      LOUISIANA SECRETARY OF STATE
      8585 ARCHIVES AVE.
      BATON ROUGE, LA 70809

of the Parish of E. Baton Rouge

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits).  You should file an answer or other pleading to said petition in the office of the Clerk of the FIFTEENTH JUDICIAL DISTRICT COURT, in the Lafayette Parish Courthouse, Lafayette, Louisiana, within fifteen (15) days after the service hereof.  Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

Witness the Honorable Judges of said Court, this February 22, 2019.

_____
Deputy Clerk of Court
Lafayette Parish

*Attached are the following documents:

ORIGINAL AND FAX FILED PETITION FOR DAMAGES

SHERIFF'S RETURN
LAFAYETTE PARISH SHERIFF

DATE SERVED: _____, 20_____ TIME: _____
SERVED: _____
PERSONAL ( ) _____
DOMICILIARY ( ) ON _____
UNABLE TO LOCATE       MOVED ( )       NO SUCH ADDRESS ( )
OTHER REASON: _____
RECEIVED TOO LATE FOR SERVICE  ( )
SERVICE OF WITHIN PAPERS
COSTS FEE $_____   MILEAGE $_____   TOTAL $_____
DEPUTY _____

LAFPC.CV.54488283
cc_telilly

Ordered by Atty.:  JENNA H. LINN

# CITATION

| | |
|---|---|
| LAFAYETTE BALLET THEATRE | FIFTEENTH JUDICIAL DISTRICT COURT |
| VS | DOCKET NUMBER: C-20191060 A |
| AMERICAN HARLEQUIN CORP, ET AL | PARISH OF LAFAYETTE, LOUISIANA |

STATE OF LOUISIANA

TO:  HARTFORD CASUALTY INSURANCE COMPANY
THROUGH ITS AGENT:
LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVE.
BATON ROUGE, LA 70809

of the Parish of E. Baton Rouge

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits).  You should file an answer or other pleading to said petition in the office of the Clerk of the FIFTEENTH JUDICIAL DISTRICT COURT, in the Lafayette Parish Courthouse, Lafayette, Louisiana, within fifteen (15) days after the service hereof.  Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

Witness the Honorable Judges of said Court, this February 22, 2019.

Deputy Clerk of Court
Lafayette Parish

\*Attached are the following documents:

ORIGINAL AND FAX FILED PETITION FOR DAMAGES

SHERIFF'S RETURN
LAFAYETTE PARISH SHERIFF

DATE SERVED: _____, 20_____ TIME: _____
SERVED: _____
PERSONAL ( ) _____
DOMICILIARY ( ) ON _____
UNABLE TO LOCATE        MOVED ( )        NO SUCH ADDRESS ( )
OTHER REASON: _____
RECEIVED TOO LATE FOR SERVICE ( )
SERVICE OF WITHIN PAPERS
COSTS FEE $_____    MILEAGE $_____    TOTAL $_____
DEPUTY _____



LAFPC.CV.54488390
cc_telilly

**LOUIS J. PERRET**
Clerk of Court, Lafayette Parish
P. O. BOX 2009
LAFAYETTE, LA 70502
Telephone: (337) 291-6400

**FEBRUARY 22, 2019**

JENNA H LINN
8708 JEFFERSON HWY STE A
BATON ROUGE, LA 70809-2411

RE:     LAFAYETTE BALLET THEATRE
        VS
        AMERICAN HARLEQUIN CORP, ET AL
        DOCKET NUMBER: C-20191060 A

Dear Sir or Madam:

In accordance with LA R.S. 13:4688, when a suit has been filed in State District Court for damages arising from an offense or quasi-offense, you are required to complete attached reporting form from the Supreme Court of Louisiana.

Please return the attached reporting form immediately to the Lafayette Parish Clerk of Court Office for further processing.

Should you have any questions concerning this matter, please do not hesitate to contact us.

Sincerely,

Deputy Clerk of Court
Lafayette Parish

```
|||||||||||||||||||||||||||||||||
53951208
```

ROUTING SHEET

DOCKET NO. 20191060A

ATTORNEY Jenna H. Linn

New Suit

DATE PLEADING CLOCKED IN Feb 21, 2019

| DESCRIPTION | QTY | DESCRIPTION | QTY |
|---|---|---|---|
| CERT COPY STAMP (NOT RECORDED) | 3 | LETTER – ADDRESS REQUEST | |
| CERT MAIL/RETURN RECEIPT | | LETTER – CERT OF DIVORCE | |
| CITATION | | LETTER – COMM OF INS | |
| CITATION-NTC OF JMT | | LETTER – GENERAL RETURN | |
| CONFORMED GROUP | | LETTER – JURY ORDER | |
| COPIES (# OF PAGES) | 15 | LETTER – NTC OF SIGNING OF JMT | |
| FAX OUTGOING | | NTC OF HEARING | |
| INDEX OF NAMES (ABOVE 10) | | RULE NISI | |
| JMT FEE (EACH DEF NO SS#) | | SUBPOENA | |
| JMT RECORDED (CON # OF PAGES) | | SUB DT | |
| JMT RECORDED (MTG # OF PAGES) | | TRO | |
| JMT RECORDED (BOTH # OF PAGES) | | TRO RECORDED | |
| CERT COPY OF RECORDED DOCUMENT | | WRIT OF | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

PROCESSED BY TAllin          CHARGED BY

LAFPC.CV.54488283
cc_telilly

Ordered by Atty.:  JENNA H. LINN

# CITATION

| | |
|---|---|
| **LAFAYETTE BALLET THEATRE** | **FIFTEENTH JUDICIAL DISTRICT COURT** |
| **VS** | **DOCKET NUMBER: C-20191060 A** |
| **AMERICAN HARLEQUIN CORP, ET AL** | **PARISH OF LAFAYETTE, LOUISIANA** |

**STATE OF LOUISIANA**

TO:   HARTFORD CASUALTY INSURANCE COMPANY
       THROUGH ITS AGENT:
       LOUISIANA SECRETARY OF STATE
       8585 ARCHIVES AVE.
       BATON ROUGE, LA 70809

of the Parish of E. Baton Rouge

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits).  You should file an answer or other pleading to said petition in the office of the Clerk of the FIFTEENTH JUDICIAL DISTRICT COURT, in the Lafayette Parish Courthouse, Lafayette, Louisiana, within fifteen (15) days after the service hereof.  Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

Witness the Honorable Judges of said Court, this February 22, 2019.

_____
Deputy Clerk of Court
Lafayette Parish

**\*Attached are the following documents:**

**ORIGINAL AND FAX FILED PETITION FOR DAMAGES**

I made service on the named party through the

| SHERIFF'S RETURN | Office of the Secretary of State on |
|---|---|
| LAFAYETTE PARISH SHERIFF | |

MAR 1 4 2019

DATE SERVED: _____ , 20_____   TIME: by tendering a copy of this document to

SERVED: _____   KATHY DARDEN

PERSONAL (  ) _____   DY. E. CUMMINS #1155   SHERIFF'S RETURN

DOMICILIARY (  ) ON _____   Deputy Sheriff, Parish of East Baton Rouge

UNABLE TO LOCATE          MOVED (  )          NO SUCH ADDRESS (  )

OTHER REASON: _____

RECEIVED TOO LATE FOR SERVICE  (  )

SERVICE OF WITHIN PAPERS

COSTS FEE $_____     MILEAGE $_____     TOTAL $_____

DEPUTY _____

Lafayette Parish Clerk of Court
Filed This Day

MAR 2 5 2019

_____
Deputy Clerk of Court

**RECEIVED**

MAR 1 3 2019

E.B.R. SHERIFF'S OFFICE

LAFPC.CV.54488275
cc_telilly

Ordered by Atty.:  JENNA H. LINN

# CITATION

| | |
|---|---|
| LAFAYETTE BALLET THEATRE | FIFTEENTH JUDICIAL DISTRICT COURT |
| VS | DOCKET NUMBER: C-20191060 A |
| AMERICAN HARLEQUIN CORP, ET AL | PARISH OF LAFAYETTE, LOUISIANA |

**STATE OF LOUISIANA**

TO:   HARTFORD ACCIDENT & INDEMNITY COMPANY
      THROUGH ITS AGENT:
      LOUISIANA SECRETARY OF STATE
      8585 ARCHIVES AVE.
      BATON ROUGE, LA 70809

                                             of the Parish of E. Baton Rouge

   You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits).  You should file an answer or other pleading to said petition in the office of the Clerk of the FIFTEENTH JUDICIAL DISTRICT COURT, in the Lafayette Parish Courthouse, Lafayette, Louisiana, within fifteen (15) days after the service hereof.  Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.
   Witness the Honorable Judges of said Court, this February 22, 2019.

                                             _____
                                             Deputy Clerk of Court
                                             Lafayette Parish

**\*Attached are the following documents:**

**ORIGINAL AND FAX FILED PETITION FOR DAMAGES** *service on the named party through the Office of the Secretary of State on*

|  |  |
|---|---|
| SHERIFF'S RETURN | MAR 14 2019 |
| LAFAYETTE PARISH SHERIFF | by tendering a copy of this document to |
| | KATHY DARDEN |
| DATE SERVED: _____, 20_____  TIME:_____ | DY. E. CUMMINS #1155 |
| SERVED: _____ | Deputy Sheriff, Parish of East Baton Rouge Louisiana  SHERIFF RETURN |
| PERSONAL ( ) _____ | |
| DOMICILIARY ( ) ON _____ | |
| UNABLE TO LOCATE        MOVED ( )        NO SUCH ADDRESS ( ) | |
| OTHER REASON: _____ | |
| RECEIVED TOO LATE FOR SERVICE  ( ) | |
| SERVICE OF WITHIN PAPERS | |
| COSTS FEE $_____  MILEAGE $_____  TOTAL $_____ | |
| DEPUTY _____ | |

Lafayette Parish Clerk of Court
Filed This Day

MAR 25 2019

_Martina O'Reaup_
Deputy Clerk of Court

RECEIVED

MAR 13 2019

E.B.R. SHERIFF'S OFFICE

LAFPC.CV.54488267
cc_telilly

Ordered by Atty.: JENNA H. LINN

# CITATION

LAFAYETTE BALLET THEATRE

VS

AMERICAN HARLEQUIN CORP, ET AL

FIFTEENTH JUDICIAL DISTRICT COURT

DOCKET NUMBER: C-20191060 A

PARISH OF LAFAYETTE, LOUISIANA

STATE OF LOUISIANA

TO:   AMERICAN HARLEQUIN CORPORATION
      THROUGH ITS REGISTERED AGENT:
      ANDERSON REGISTERED AGENTS, INC.
      3014 DAUPHINE STREET, SUITE 100-B
      NEW ORLEANS, LA 70117

of the Parish of Orleans

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits).  You should file an answer or other pleading to said petition in the office of the Clerk of the FIFTEENTH JUDICIAL DISTRICT COURT, in the Lafayette Parish Courthouse, Lafayette, Louisiana, within fifteen (15) days after the service hereof.  Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

Witness the Honorable Judges of said Court, this February 22, 2019.

Deputy Clerk of Court
Lafayette Parish

*Attached are the following documents:

ORIGINAL AND FAX FILED PETITION FOR DAMAGES   Lafayette Parish Clerk of Court
Filed This Day

---

SHERIFF'S RETURN
LAFAYETTE PARISH SHERIFF

APR 0 3 2019

Deputy Clerk of Court

RECEIVED
ORLEANS PARISH
SHERIFF'S OFFICE
2019 MAR -7 PM 5:17

DATE SERVED: _____, 20_____  TIME: _____
SERVED: _____
PERSONAL ( ) _____
DOMICILIARY ( ) ON _____
UNABLE TO LOCATE        MOVED ( )        NO SUCH ADDRESS ( )
OTHER REASON: _____
RECEIVED TOO LATE FOR SERVICE  ( )
SERVICE OF WITHIN PAPERS
COSTS FEE $_____   MILEAGE $_____   TOTAL $_____
DEPUTY _____

PAPER _____   ENTERED _____   RETURN _____
SERIAL NO. _____   DEPUTY _____   PARISH _____

28 20191060

Badge # 470

3-14-19   2:23
1st Not. In

3-18-19  1:49
2nd N/A

(28) 20191060 - Service Date 03/27/2019 Time 1:01 PM
AMERICAN HARLEQUIN CORPORATION THRU ANDERSON

Not Served at 3014 DAUPHINE ST
Shanell Cooks # 470, Orleans
Citation & Petition; Serial# 1;
sev. attempts

S. Cooks
Signature

**Orleans Parish Sheriff's Office**
**Marlin N. Gusman**
Sheriff of the Parish of Orleans
Civil Division
421 Loyola Avenue
Suite 403
New Orleans, LA 70112
Phone: (504) 523-6143    Fax: (504) 525-4912

CLERK OF COURT
LAFAYETTE PARISH, LA
2019 APR -2  AM 7: 10

LAFAYETTE PARISH CLERK OF COURT
P.O. BOX 2009
LAFAYETTE LA 70502

Invoice #:            6775
Invoice Date:      03/29/2019

Invoice Amount:   $ 30.00
Invoice Balance:   $ 30.00

No. 20191060

LAFAYETTE BALLET THEATRE
vs.
AMERICAN HARLEQUIN CORP ET AL

Invoice #:            6775
Invoice Date:      03/29/2019

Docket

Sheriff #:       28 20191060

| Serial # | Fee | Amount |
|---|---|---|
| 1 | Citation & Petition | 30.00 |
| | | 30.00 |

| Receipt Date | Receipt # | Reference # | Amount |
|---|---|---|---|

Invoice Balance:    $ 30.00

© Tyler Technologies    LA_Orleans_ARInvoiceDocket.rpt