UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **LAFAYETTE BALLET THEATRE** | **CIVIL ACTION NO.: 6:19-cv-00470** |
| **VERSUS** | **JUDGE MICHAEL J. JUNEAU** |
| **AMERICAN HARLEQUIN CORPORATION, HARTFORD ACCIDENT & INDEMNITY COMPANY, & HARTFORD CASUALTY INSURANCE COMPANY** | **MAGISTRATE JUDGE CAROL B. WHTEHURST** |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 41(a) (1) (A)(ii)**

**NOW INTO COURT** through undersigned counsel come Plaintiff, Lafayette Ballet Theatre ("LBT"), and Defendants, Hartford Fire Insurance Company, incorrectly named as Hartford Accident & Indemnity Company, and Hartford Casualty Insurance Company who respectfully stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims and parties, with each party to bear its own costs.

**WHEREFORE,** Plaintiff, Lafayette Ballet Theatre ("LBT"), and Defendants, Hartford Fire Insurance Company and Hartford Casualty Insurance Company pray for an entry by this Honorable Court of an Order dismissing all claims and parties, with prejudice, with each party to bear its own costs.

DATED this 26th day of June, 2019.

Respectfully submitted:

**BANKSTON & ASSOCIATES, LLC**
8708 Jefferson Hwy, Suite A
Baton Rouge, Louisiana 70809

Telephone: 225.766.3800
Fax: 225.766.7800
Email: larry@bblawyers.net
Email: jlinn@bblawyers.net

**s/ *Jenna H. Linn*_____**
 Larry S. Bankston, #02744
Jenna H. Linn, #33246

*Counsel for Lafayette Ballet Theatre*


**s/ *Heather Sharp*_____**
Seth A. Schmeeckle (La. Bar No. 27076) (T.A.)
Heather N. Sharp (La. Bar No. 29987)
**Lungen, Wheaton, Peck, Rankin & Hubbard**
9311 Bluebonnet Blvd., Suite A
Baton Rouge, Louisiana  70810
Telephone:   (504) 588-1990
Facsimile:   (504) 310-9195

**Attorneys For Hartford Fire Insurance Company, incorrectly names as Harford Company and Hartford Casualty Insurance Company**

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **LAFAYETTE BALLET THEATRE** | **CIVIL ACTION NO.: 6:19-cv-00470** |
| **VERSUS** | **JUDGE MICHAEL J. JUNEAU** |
| **AMERICAN HARLEQUIN CORPORATION, HARTFORD ACCIDENT & INDEMNITY COMPANY, & HARTFORD CASUALTY INSURANCE COMPANY** | **MAGISTRATE JUDGE CAROL B. WHTEHURST** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## CERTIFICATE OF SERVICE

I hereby certify on this 26th day of June, 2019, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

                                                    *s/Jenna H. Linn*
                                                    Jenna H. Linn, #33246