**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE DIVISION**

| | |
|---|---|
| **LAFAYETTE BALLET THEATRE** | **CIVIL ACTION NO.: 6:19-cv-00470** |
| **VERSUS** | **JUDGE MICHAEL J. JUNEAU** |
| **AMERICAN HARLEQUIN CORPORATION, HARTFORD ACCIDENT & INDEMNITY COMPANY, & HARTFORD CASUALTY INSURANCE COMPANY** | **MAGISTRATE JUDGE CAROL B. WHTEHURST** |

**ORDER OF DISMISSAL WITH PREJUDICE**

CONSIDERING the stipulation of all parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED, ADJUDGED AND DECREED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims and parties, with each party to bear its own costs.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 1st day of July, 2019.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE